IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-50575 |
| | ) | Chapter 13 |
| Kyle L. Juliussen | ) | |
| XXX-XX-3651 | ) | |
|     Debtor | ) | |
| | ) | |
| Rachel A. Juliussen | ) | |
| XXX-XX-9323 | ) | |
|     Co-Debtor | ) | |

## **AMENDED ORDER**

Notice having been given and no response having been filed to the Objection to Claims filed in this Honorable Court on the 27th day of February, 2018;

IT IS HEREBY ORDERED that the claims of U.S. Bank National Association (Court Claim No. 8) and United Consumer Financial Services (Court Claim No. 9) are hereby disallowed. Further, only secured pre-petition arrears is to be paid to Cenlar FSB (Court Claim No. 11).

Submitted for Entry:

    /s/ Amy C. Bates
AMY C. BATES
Attorney for Debtors
412 Franklin Street
Clarksville, TN 37040
(931) 919-5060; Fax (931) 278-6642
abates@mbklegal.com