201713369
(DP)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

| | |
|---|---|
| IN RE: : | |
| : | Case No. 17-50575 |
| : | |
| Kyle L. Juliussen | Chapter 13 |
| Rachel A. Juliussen : | Judge Stout |
| : | |
| Debtors : | **AGREED ORDER RESOLVING DEBTORS' OBJECTION TO PROOF OF CLAIM (CLAIM NO. 11) FILED FEBRUARY 27, 2018 (DOC. NO. 38)** |
| : | |
| | **(PROPERTY ADDRESS: 116 OAK TREE DRIVE, OAK GROVE, KY 42262)** |

This matter is before the Court on the Debtors' Objection to Proof of Claim (Claim No. 11 ) filed February 27, 2018 (Doc. No. 38) and Response thereto filed by the secured creditor, Cenlar FSB ("Creditor") filed herein on March 29, 2018 (Doc. No. 51); and it appearing to the Court that the parties have agreed to a course of action which will otherwise resolve the Objection; and the Court, otherwise being fully advised in the premises; the parties hereby agree to the following:

On May 12, 2014, Debtors executed a Note (hereinafter "Note") and first Mortgage given to Creditor as security and collateral for the payment of the debt evidenced by the Note.  Pursuant to the terms of the Note, Debtors agreed to pay Creditor the entire principal balance, including interest and any other charges as allowed under the terms of the Note and Mortgage on Debtors' principal residence known as 116 Oak Tree Drive, Oak Grove, KY 42262.

The parties hereby agree that Creditor holds a valid and subsisting lien on the subject real property located at 116 Oak Tree Drive, Oak Grove, KY 42262.

The parties further agree that Creditor's Proof of Claim filed January 16, 2018 as Official Claim

No. 11, in the amount of $31,669.98 shall be scheduled by the Trustee and paid as filed and that Debtors' Objection is hereby denied.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: April 4, 2018


SUBMITTED BY:    /s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

Mia L. Conner, Attorney for Creditor (90625)
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3445
(513) 354-6464
wkybk@lsrlaw.com


AGREED BY:


/s/ Amy C. Bates
Hon. Amy C. Bates, Attorney for Debtors
412 Franklin Street
Clarksville, TN 37400
(931) 919-5060
abates@mbklegal.com

COPIES TO:

Hon. Hon. Amy C. Bates, Attorney for Debtors
abates@mbklegal.com
VIA ELECTRONIC SERVICE

Hon. Mia L. Conner - Attorney for Creditor
wkybk@lsrlaw.com
VIA ELECTRONIC SERVIC

Office of the U.S. Trustee
Charles R. Merrill
Asst. U.S.Trustee
512 Gene Snyder Courthouse
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Kyle L Juliussen
116 Oak Tree Drive
Oak Grove, KY 42262
VIA REGULAR U.S. MAIL

Rachel A Juliussen
116 Oak Tree Drive
Oak Grove, KY 42262
VIA REGULAR U.S. MAIL

U.S. Bank National Association
Bankruptcy Department
P.O. Box 5229
Cincinnati, OH 45201-5229
VIA REGULAR U.S. MAIL

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712
VIA REGULAR U.S. MAIL