IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | Case No. 17-50575 |
| ) | Chapter 13 |
| Kyle L. Juliussen ) | |
| XXX-XX-3651 ) | |
|     Debtor ) | |
| ) | |
| Rachel A. Juliussen ) | |
| XXX-XX-9323 ) | |
|     Co-Debtor ) | |

## AMENDED ORDER

Notice having been given and no response having been filed to the Objection to Claims filed in this Honorable Court on the 27th day of February, 2018;

IT IS HEREBY ORDERED that the claims of U.S. Bank National Association (Court Claim No. 8) and United Consumer Financial Services (Court Claim No. 9) are hereby disallowed. Further, the Objection to Cenlar FSB (Court Claim No. 11) is hereby denied and resolved through an Agreed Order between Debtors and Creditor (Docket Entry No. 60).

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: April 9, 2018

Submitted for Entry:

 /s/ Amy C. Bates
AMY C. BATES
Attorney for Debtors
412 Franklin Street
Clarksville, TN 37040
(931) 919-5060; Fax (931) 278-6642
abates@mbklegal.com